IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:26-CV-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHU REAL PROPERTY:<br><br>REAL PROPERTY LOCATED AT 2735 CAMERON POND DRIVE, CARY, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A GENERAL WARRANTY DEED RECORDED IN BOOK 019541, PAGES 02750 - 02752 OF THE WAKE COUNTY RECORDS, AND BEING TITLED IN THE NAME OF HUAN SHU AND YECHENG CAO, HUSBAND AND WIFE, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY,<br><br>Defendant. | ) | **COMPLAINT FOR FORFEITURE IN REM** |

The United States of America, by the United States Attorney for the Eastern District of North Carolina, states as follows:

1. This is a civil action *in rem* brought to enforce the provision of 18 U.S.C. § 981(a)(1)(A) providing for the forfeiture of property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1960, or any property traceable to such property.

2. This Court has subject matter jurisdiction over this matter by virtue of

28 U.S.C. §§ 1345 and 1355(a). The Court has in rem jurisdiction by virtue of 28 U.S.C. § 1355(b). Venue in this district is proper by virtue of 28 U.S.C. §§ 1355(b) and1395(b).

3. The defendant real property has not been seized but is located at 2735 Cameron Pond Drive, Cary, NC 27519, and is more particularly described in Exhibit 1 which is appended hereto and incorporated herein by reference.

4. The record owner of the real property described in Exhibit 1 is Huan Shu and Yecheng Cao, Husband and Wife. The following may have interests in this real property: Huan Shu, Yecheng Cao, the Wake County Tax Administrator, and any lienholders found during a title search.

5. The facts and circumstances supporting the seizure and forfeiture of the defendant are contained in Exhibit 2, Declaration of Anthony Ventre, Special Agent, Internal Revenue Service - Criminal Investigation, which is attached hereto and incorporated herein by reference. Such facts are sufficient to support a reasonable belief that the government will meet its burden of proof at trial that the defendant property should be forfeited.

6. The defendant is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

7. The United States does not request authority from the Court to seize the defendant real property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

a. post notice of this action and a copy of the Complaint on the defendant real property;

b. serve notice of this action, along with a copy of this Complaint, on the defendant real property owner and any other person or entity who may claim an interest in the defendant, including but not necessarily limited to those persons or entities identified herein; and

c. file a *lis pendens* in county records of the defendant real property's status as a defendant in this *in rem* action.

WHEREFORE, the United States of America prays that judgment be entered declaring the defendant real property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 10th day of September, 2026.


W. ELLIS BOYLE
United States Attorney

BY: */s/ Matthew R. Petracca*
MATTHEW R. PETRACCA
Assistant United States Attorney
Civil Division
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: matthew.petracca@usdoj.gov
NC State Bar No. 53350


*[Verification on following page]*

## VERIFICATION

I, Anthony Ventre, Special Agent, Internal Revenue Service - Criminal Investigation, declare under penalty of perjury, as provided by 28 U.S.C. Section 1746, the foregoing Complaint for Forfeiture is based on reports and information furnished to me and to the best of my information and belief, is true and correct.

This the 10th day of September 2026.

ANTHONY VENTRE
Special Agent
IRS – Criminal Investigation