WAKE COUNTY, NC
TAMMY L. BRUNNER
REGISTER OF DEEDS
PRESENTED & RECORDED ON
02-20-2024 AT 14:18:04
STATE OF NC REAL ESTATE
EXCISE TAX: $1,710.00
BOOK: 019541 PAGE: 02750 - 02752

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: **$ 1710.00**

Parcel Identifier No.:0735252389

After Recording Mail to: Grantee @ Mailing Address

Prepared by: Xiaoyang Wang, a licensed North Carolina attorney;135 Parkway Office Ct., Suite 205, Cary, NC 27518

Delinquent taxes, if any, to be paid by the closing attorney to the county tax collector upon disbursement of closing proceeds.

Brief description for the Index: Lot 364, Cameron Pond

THIS DEED made this 16th **day, February , 2024**, by and between

**GRANTOR**

**Elaine L. Carfley, Divorced;**

**Grantor Address: 2735 Cameron Pond Drive, Cary, NC 27519**

**GRANTEE**

**Huan Shu and Yecheng Cao, Husband and Wife;**

**Grantee Address: 2735 Cameron Pond Drive, Cary, NC 27519**

**Property Address:2735 Cameron Pond Drive, Cary, NC 27519**

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

GOVERNMENT EXHIBIT 1

Submitted electronically by "Law Office of Fiona Wang PLLC"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Wake County Register of Deeds.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in **Wake County**, North Carolina, and being more particularly described as follows:

**BEING all of Lot 364, Cameron Pond Planned Unit Development, Phase 2, Section 2B,2C,2E&,2F , as shown on that map recorded in Book of Maps 2005, Pages 2409 and 2410, Wake County Registry.**

The Property hereinabove described was acquired by Grantor by instrument recorded in Book 17470, Page 2523 and Book 16756, Page 2467 .

All or a portion of the property herein conveyed _x__ includes or ___does not include the primary residence of a Grantor.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

- Ad valorem taxes for current and subsequent years not yet due and payable
- Restrictive Covenants of Record
- Easements, rights of way, restrictions and encumbrances of record.

**[SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing on the date of the acknowledgment below but as of the day and year first above written.

**Elaine L. Carfley**

**STATE OF** NC

**COUNTY OF** Wake

I, Xiaoyang Wang, a Notary Public for the County and State aforesaid, certify that **Elaine L. Carfley** personally, appeared before me this day and acknowledged the execution of the foregoing instrument for the purpose therein and in the capacity indicated.

WITNESS my hand and official stamp or seal, this 15th day of Feb., 2024.

Notary Public ______________ (Seal) (Notary Seal)

Commission Expires: 1/12/2028

XIAOYANG WANG NOTARY MY COMMISSION EXPIRES 1/12/2028 PUBLIC WAKE COUNTY, N.C.