IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CV-659-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHU REAL PROPERTY:<br><br>REAL PROPERTY LOCATED AT 2735 CAMERON POND DRIVE, CARY, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A GENERAL WARRANTY DEED RECORDED IN BOOK 019541, PAGES 02750 - 02752 OF THE WAKE COUNTY RECORDS, AND BEING TITLED IN THE NAME OF HUAN SHU AND YECHENG CAO, HUSBAND AND WIFE, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY,<br><br>Defendant. | ) | MOTION TO SEAL DECLARATION |

Plaintiff, the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully requests that this Court place under seal the Declaration of Anthony Ventre, Special Agent, Internal Revenue Service - Criminal Investigation, filed herein, until further order of the Court. The sealing of this document is necessary to protect the integrity of an ongoing investigation and prevent disclosure of identifying information. *See Baltimore Sun Co. v. Goetz*, 886

F.2d 60 (4th Cir. 1989).

ACCORDINGLY, plaintiff respectfully requests that the Court seal the Declaration of Anthony Ventre, Special Agent, Internal Revenue Service - Criminal Investigation, filed herein, until further order of the Court.

Respectfully submitted this 10th day of September, 2026.

W. ELLIS BOYLE
United States Attorney

BY: */s/ Matthew R. Petracca*
MATTHEW R. PETRACCA
Assistant United States Attorney
Civil Division
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: matthew.petracca@usdoj.gov
NC State Bar No. 53350